IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TODD DUVALL WILKINSON                                                PLAINTIFF

        v.                   Civil No.4:07-cv-04115

JERRY CRANE, Sheriff, Hempstead
County, Arkansas; LOUISE PHILLIPS,
Captain, Hempstead County Correctional Facility                DEFENDANTS

## JUDGMENT

       Plaintiff, Todd Duvall Wilkinson, filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He is proceeding *pro se* and *in forma pauperis*. This case is before me for decision pursuant to the consent of the parties (Doc. 12).

       Defendants filed a motion for summary judgment (Doc. 15). In an effort to assist the Plaintiff in responding to this motion, I propounded a questionnaire (Doc. 22). Plaintiff was directed to complete, sign, and return the attached response to the Defendants' motion for summary judgment on or before February 2, 2009. Plaintiff was advised that failure to respond within the required period of time would subject this matter to dismissal for failure to comply with a court order.

       To date, Plaintiff has not responded to the court's order. This case is hereby dismissed with prejudice based on the Plaintiff's failure to obey the order of this court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

       IT IS SO ORDERED AND ADJUDGED this 10th day of February 2009.

                                                                          /s/ Barry A. Bryant
                                                                          HON. BARRY A. BRYANT
                                                                          UNITED STATES MAGISTRATE JUDGE